Response to Order to Show Cause

UNITED STATES DISTRICT COURT
for the
District of Utah
Central Division

FILED
U.S. DISTRICT COURT
2020 JAN 24 P 1: 13
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

TRAVIS CRACRAFT

-v-

UTAH VALLEY UNIVERSITY, a public university
and
JARED LESSER dba JL HOME DESIGN

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.    2:19-cv-00397

Judge:      Tena Campbell

RESPONSE TO ORDER TO SHOW CAUSE

## RESPONSE TO ORDER TO SHOW CAUSE

    On June 7, 2019, I filed this lawsuit based on a case that the Court dismissed approximately eight days earlier at my request. I filed the case hastily because I was afraid that if I waited, I might miss a deadline of which I was unaware.
    The main obstacle that has prevented me from serving the defendants is the knowledge that my complaint contains several defects that I need to rectify. I am under the impression that the best way for me to handle the problem is to file a first amended complaint, which I would have limited time to deliver after the serving the defendants with the originating complaint. This would, of course, be in addition to dealing with any issues arising from the defendants' responses.
    My plan is to delay serving the defendants until I am better prepared to respond with an amended complaint. The amended complaint should contain claims that demonstrate a pattern of racketeering more closely related to the theft of intellectual property that is at the root of the case. It might also name additional defendants related to those claims. The claims fundamental to my injury are likely to remain largely unchanged.
    As I stated in the complaint, I believe that I shouldn't have been suspicious that I was stolen from until at least April of 2016, but the nature of the injury wasn't discovered until September. Therefore, I don't think that the early filing date will provide me with an advantage or negatively affect the defendants until at least April of 2020, from a statute of limitations perspective anyway.

RESPECTFULLY SUBMITTED this 21st day of January, 2020.

Date of signing: 01/21/2020

Signature of Plaintiff _____

Printed Name of Plaintiff   Travis Cracraft

## CERTIFICATE OF MAILING

I certify that on January 21st, 2020, I mailed the foregoing, RESPONSE TO ORDER TO SHOW CAUSE, to the Court.

Travis Cracraft