IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| TRAVIS CRACRAFT,<br><br>               Plaintiff,<br><br>vs.<br><br>UTAH VALLEY UNIVERSITY, and JARED LESSER dba JL HOME DESIGN,<br><br>               Defendants. | ORDER<br><br>Case No. 2:19-cv-397-TC |

     Pro se plaintiff Travis Cracraft has requested an extension of time to respond to Defendant Utah Valley University's Motion to Dismiss under Rule 12(b)(6). His motion (ECF No. 23) seeks permission to file his opposition by July 7, 2020.

     UVU filed its motion on June 17, 2020. (See ECF No. 22.) Because the motion was filed under Rule 12(b)(6), the local rules require the person opposing the motion to file his response within 28 days of the motion. "A memorandum opposing motions filed pursuant to Fed. R. Civ. P. 12(b), 12(c), and 56 must be filed within twenty-eight (28) days after service of the motion or within such time as allowed by the court." DUCivR 7-1(b)(3)(A).

     Mr. Cracraft's deadline to respond is July 15, 2020. Accordingly, he does not need permission to respond by July 7, 2020. For that reason, his motion (ECF No. 23) is denied.

     DATED this 1st day of July, 2020.

                                              BY THE COURT:

                                              *Tena Campbell*
                                              TENA CAMPBELL
                                              U.S. District Court Judge