Travis Cracraft
3653 S. Redmaple Rd.
Millcreek, UT 84106
E-mail: tjcracraft@gmail.com
*Pro Se*

FILED US District Court-UT
MAR 10 '21 PM03:58

# UNITED STATES DISTRICT COURT
for the
District of Utah
Central Division

|  |  |
|---|---|
| TRAVIS CRACRAFT | Case No. 2:19-cv-00397-TC |
| *Plaintiff* |  |
| -v- | NOTICE OF APPEAL |
| UTAH VALLEY UNIVERSITY, a public university and JARED LESSER dba JL HOME DESIGN |  |
| *Defendants* |  |

Notice is hereby given that Travis Cracraft, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit to overturn an order denying my motion to reopen the case entered in this action on the 9th day of March, 2021.

To the extent that this is also an appeal of the final judgment of that case, it should be noted that the order that denies the reopening mentions that the motion was filed within 28 days of the judgment. Therefore, because the clock was stopped while the above mentioned motion was being considered, and the order was entered yesterday, this notice has been given in less than 30 days.

Date of signing: 03/10/2021

Signature of Plaintiff     /s/ Travis Cracraft

Printed Name of Plaintiff  Travis Cracraft